ANDRZEJ ZIMNOCH et al., Respondents, v BRIDGE VIEW PALACE, LLC, Appellant. [892 NYS2d 788]

The appeal from the order dated March 23, 2007, must be

dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from that order are brought up for review and have been considered on the appeal from the judgment (*see* CPLR 5501 [a] [1]; *Zimnoch v Bridge View Palace, LLC*, 69 AD3d 928 [2010] [decided herewith]). Skelos, J.P., Dickerson, Lott and Roman, JJ., concur.